EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|--------|--------|
| | 2021 TSPR 51 |
| Teresa del Carmen Jiménez Meléndez | 206 DPR _____ |

Número del Caso:  TS-8152

Fecha:  15 de abril de 2021

Abogado de la parte peticionaria:

 Por derecho propio

Materia:  Reinstalación al ejercicio de la notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como  un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Teresa del Carmen Jiménez            TS-8,152
Meléndez

RESOLUCIÓN

En San Juan, Puerto Rico, a 15 de abril de 2021.

Ante el cumplimiento con nuestra Resolución de 17 de marzo de 2021 emitida en el AB-2016-381, se reinstala a la Lcda. Teresa del Carmen Jiménez Meléndez al ejercicio de la notaría. Se le apercibe de su deber de prevenir futuras inobservancias en el desempeño del ejercicio de la notaría.

Se le ordena a la licenciada Jiménez Meléndez recoger la obra notarial en el archivo notarial correspondiente.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina.

Bettina Zeno González
Secretaria del Tribunal Supremo Interina